Name: Chris Epperson
Street Address: 1642 W. Robinson
City and County: Fresno
State and Zip Code: CA 93705
Telephone Number: 559 225 6432

**FILED**

DEC 22 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Chris Jonathan Epperson

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

National Assembly
House of Commons
United Nations

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 1:23-cv-1759 SKO
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
             *(check one)*

Pro Se Chris Epperson
Notice to the Court

*50 U.S.C. § 31 to 39*

June 25, 1948, ch. 645, §21, 62 Stat. 862
*Section 31, acts June 15, 1917, ch. 30, title I, §1, 40 Stat. 217; Mar. 28, 1940, ch. 72, title I, §1, 54 Stat. 79, related to unlawful obtaining or permitting to be obtained information affecting national defense. See section 793 of Title 18, Crimes and Criminal Procedure.*

*Section 32, act June 15, 1917, ch. 30, title I, §2, 40 Stat. 218, related to unlawful disclosures affecting national defense. See section 794 of Title 18.*

*Section 33, act June 15, 1917, ch. 30, title I, §3, 40 Stat. 219, related to seditious or disloyal acts or words in time of war. See section 2388 of Title 18. Section 33 was amended by act May 16, 1918, ch. 75, §1, 40 Stat. 553, which was repealed and the original section reenacted by act Mar. 3, 1921, ch. 136, 41 Stat. 1359.*

*Section 34, act June 15, 1917, ch. 30, title I, §4, 40 Stat. 219, related to conspiracy to violate sections 32 and 33 of this title. See sections 794 and 2388 of Title 18.*

*Section 35, acts June 15, 1917, ch. 30, title I, §5, 40 Stat. 219; Mar. 28, 1940, ch. 72, §2, 54 Stat. 79, related to the harboring or concealing of violators of the law. See sections 792 and 2388 of Title 18.*

*Section 36, act June 15, 1917, ch. 30, title I, §6, 40 Stat. 219, related to designation by proclamation of prohibited areas. See section 793 of Title 18.*

*Section 37, act June 15, 1917, ch. 30, title I, §8, 40 Stat. 219, related to places subject to provisions of sections 31 to 42 of this title. See section 2388 of Title 18.*

*Section 38, act June 15, 1917, ch. 30, title I, §7, 40 Stat. 219, related to jurisdiction of courts-martial and military commissions.*

*Section 39, act June 15, 1917, ch. 30, title XIII, §2, 40 Stat. 231; Proc. No. 2695, eff. July 4, 1946, 11 F.R. 7517, 60 Stat. 1352, related to jurisdiction of Canal Zone courts over offenses on high seas. See section 3241 of Title 18.*

***STATUTORY NOTES AND RELATED SUBSIDIARIES***

***EFFECTIVE DATE OF REPEAL****Repeal of sections 31 to 39 effective Sept. 1, 1948, see section 38 of act June 25, 1948, set out as an Effective Date note preceding section 1 of Title 28, Judiciary and Judicial Procedure.*

*Prose Chris Epperson*
*Notice to the Court*

*50 U.S.C. § 40*

**EDITORIAL NOTES**

**CODIFICATION***Section, act June 15, 1917, ch. 30, title XIII, §1, 40 Stat. 231, defined "United States" as used in act June 15, 1917, and was transferred to section 195 of this title.*

*50 U.S.C. § 41*

June 25, 1948, ch. 645, §21, 62 Stat. 862
*Section, act June 15, 1917, ch. 30, title VIII, §4, 40 Stat. 226, defined "Foreign government". See section 11 of Title 18, Crimes and Criminal Procedure.*

**STATUTORY NOTES AND RELATED SUBSIDIARIES**

**EFFECTIVE DATE OF REPEAL***Repeal effective Sept. 1, 1948, see section 38 of act June 25, 1948, set out as an Effective Date note preceding section 1 of Title 28, Judiciary and Judicial Procedure.*

*50 U.S.C. § 42*

**EDITORIAL NOTES**

**CODIFICATION***Section, act June 15, 1917, ch. 30, title XIII, §4, 40 Stat. 231, related to savings provisions and is set out as a Separability note under section 195 of this title. Section was formerly classified to section 536 of Title 18 prior to the general revision and enactment of Title 18, Crimes and Criminal Procedure, by act June 25, 1948, ch. 645, 62 Stat. 683.*

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Chris Jonathan Epperson
   Street Address: 1642 W. Robinson
   City and County: Fresno
   State and Zip Code: California 93705
   Telephone Number: 559 225 6432

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: Germany
   Job or Title (if known):
   Street Address:
   City and County:
   State and Zip Code:
   Telephone Number:

   Defendant No. 2
   Name: Austria
   Job or Title (if known):
   Street Address:
   City and County:
   State and Zip Code:
   Telephone Number:

2

Defendant No. 3

    Name     Hungary

    Job or Title (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

Defendant No. 4

    Name     France

    Job or Title (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

II. **Basis for Jurisdiction**

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

    ☑ Federal question      ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

   List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

   Tenth Amendment
   Fourteeth Amendment
   Fithteeth Amendment

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

   1.  The Plaintiff(s)

       a.  If the plaintiff is an individual

           The plaintiff, *(name)* Chris Epperson, is a citizen of the State of *(name)* California.

       b.  If the plaintiff is a corporation

           The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

       *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

   2.  The Defendant(s)

       a.  If the defendant is an individual

           The defendant, *(name)* Felix Gouin, is a citizen of the State of *(name)* Aix. *Or* is a citizen of *(foreign nation)* France.

4

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

> Trading with the Enemy Act 1939
> 500,000,000 fiscal year 1980
> Executive Order 11130 section 403

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

> January 3, 1953 – January 3, 1955 the Constitution had been violated March 6, 1961, 26 F.R. 1977 by the action of the legislature claims arising out of an act of war against Germany, Austria, Hungary and France production act of 1950 Ex Ord. No. 10958

5

IV.  **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The 25th section of the judiciary Act of 1789, brought under the Constitution laws of the United States. Where prohibition is against State laws impairing the obligation of contracts for 500,000,000 fiscal year Ex. Ord. No. 10925, Mar. 6, 1961, 26 F.R. 1977

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/20, 2023

Signature of Plaintiff

Printed Name of Plaintiff    Chris Jonathan Epperson

6