1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9

10

11

12

CHRIS EPPERSON,

Plaintiff,

v.

NATIONAL ASSEMBLY, et al.,

Defendants.                          /

Case No. 1:23-cv-01759-SKO

**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

(Doc. 2)

13

14      Plaintiff Chris Epperson, proceeding pro se, filed a complaint on December 22, 2023, along

15   with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  The

16   Court finds Plaintiff has made the showing required by § 1915, and the request to proceed *in forma*

17   *pauperis* shall be granted.

18      Regarding the status of the complaint, Plaintiff is advised that pursuant to 28 U.S.C. §

19   1915(e)(2), the Court must conduct an initial review of every pro se complaint proceeding *in forma*

20   *pauperis* to determine whether it is legally sufficient under the applicable pleading standards.  The

21   Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint is

22   legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks

23   monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2).  If the

24   Court determines that the complaint fails to state a claim, leave to amend may be granted to the

25   extent that the deficiencies in the complaint can be cured by amendment.  Plaintiff's complaint will

26   be screened in due course.

27      If appropriate after the case has been screened, the Clerk of Court will provide Plaintiff with

28   the requisite forms and instructions to request the assistance of the United States Marshal in serving

1  the defendant pursuant to Federal Rule of Civil Procedure 4.

2       Based on the forgoing and good cause appearing,

3       IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* (Doc.

4  2) is GRANTED.

5

   IT IS SO ORDERED.
6

7  Dated:   **January 3, 2024**                    /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2