# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS JONATHAN EPPERSON,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ASSEMBLY, HOUSE OF COMMONS, UNITED NATIONS,<br><br>Defendants. | No.  1:23-cv-01759-KES-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S COMPLAINT BE DISMISSED WITHOUT LEAVE TO AMEND<br><br>(Doc. 8) |

Plaintiff Chris Epperson, proceeding pro se and in forma pauperis, filed a complaint on December 22, 2023.  Doc. 1.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 30, 2024, the assigned magistrate judge screened plaintiff's complaint and, because it failed to state a cognizable claim, ordered him to either file an amended complaint, file a notice that he intended to stand on the initial complaint, or file a notice of voluntary dismissal. Doc. 5.  Plaintiff thereafter filed a first amended complaint.  Doc. 8.  On April 3, 2024, the assigned magistrate judge screened plaintiff's first amended complaint and issued findings and recommendations recommending that this action be dismissed without leave to amend due to

plaintiff's repeated failure to state a cognizable claim.  Doc. 10.  The magistrate judge explained that plaintiff's three-sentence amended complaint was devoid of discernible factual allegations and could not possibly put any of the defendants – several foreign nations and "National Assembly House of Commons United Nations" – on notice of any claim against them.  *Id.* at 3.  On April 8, 2024, plaintiff timely filed objections to the findings and recommendations which contained only of a sentence stating that he objected and a sentence stating that he intended to appeal, without any specific discussion of the findings and recommendations.  Doc. 11.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the case.  Having carefully reviewed the file, including plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on April 3, 2024, Doc. 10, are adopted in full;
2. This action is dismissed without leave to amend due to plaintiff's failure to state a cognizable claim; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   September 30, 2024

UNITED STATES DISTRICT JUDGE

2