## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**CHRIS EPPERSON,**

v.

**NATIONAL ASSEMBLY HOUSE OF COMMONS UNITED NATIONS, ET AL.,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **1:23–CV–01759–SKO**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/30/2024**

**Keith Holland**
Clerk of Court

ENTERED:  **October 1, 2024**

by: /s/ O. Rivera
Deputy Clerk